# THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# BRYSON CITY DIVISION

## CRIMINAL CASE NO. 2:11cr22-10

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| MICHAEL JAMES TAYLOR. ) | |

**THIS MATTER** is before the Court on the Government's Motion to Dismiss Two Assets from Forfeiture [Doc. 280].

Pursuant to the Settlement Agreement [Doc. 276] between the Government and the Defendant, in which the Government agreed to dismiss two assets from the Notice of Forfeiture in the Bill of Indictment, and the Order [Doc. 278], in which the Court accepted the Settlement Agreement and entered a Preliminary Order of Forfeiture concerning three real properties, the Government moves the Court to dismiss with prejudice two assets from forfeiture.

For the reasons stated in the Government's motion, and for cause shown, the motion is granted.

**IT IS, THEREFORE, ORDERED** that the Government's Motion to Dismiss [Doc. 280] is **GRANTED**, and this proceeding, to the extent the Government seeks herein to forfeit the following listed assets, is hereby **DISMISSED WITH PREJUDICE**:

- the sum of approximately $1,137.87 in United States currency frozen in bank account #1000056706 at Macon Bank on August 19, 2011; and

- the sum of approximately $3,495.14 in United States currency frozen in bank account # 1000056712 at Macon Bank on August 19, 2011.

**IT IS SO ORDERED.**

Signed: October 15, 2012

Martin Reidinger
United States District Judge